**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Artemio Victoriano-Esquivel**<br>YOB: 1984; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-08232MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about August 2, 2025, at or near Nogales, in the District of Arizona, **Artemio Victoriano-Esquivel**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on June 20, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about August 2, 2025, at or near Nogales, in District of Arizona, **Artemio Victoriano-Esquivel**, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Artemio Victoriano-Esquivel** is a citizen of Mexico. On June 20, 2025, **Artemio Victoriano-Esquivel** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On August 2, 2025, agents found **Artemio Victoriano-Esquivel** in the United States at or near Nogales, Arizona without the proper immigration documents. **Artemio Victoriano-Esquivel** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Artemio Victoriano-Esquivel** admitted to illegally entering the United States of America from Mexico on or about August 2, 2025, at or near Nogales, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Andrew J. Carpenter

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1]  /s/ Jacqueline M. Rateau

DATE
August 4, 2025

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins