☒ FILED  ☐ LODGED

**Aug 11 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   TERRY MEINECKE
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Attorneys for Plaintiff

CR-25-03496-TUC-MSA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR  25-08232mj |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | Violations: |
| Artemio Victoriano-Esquivel, | 8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien) |
| Defendant. | Count 1 |
|  | 8 U.S.C. § 1325(a)<br>(Improper Entry by Alien)<br>(Petty Misdemeanor)<br>Count 2 |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**

On or about August 2, 2025, at or near Nogales, in the District of Arizona, Artemio Victoriano-Esquivel, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on June 20, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

///

## COUNT 2

On or about August 2, 2025, at or near Nogales, in the District of Arizona, Artemio Victoriano-Esquivel, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by Immigration Officers of the United States of America; in violation of Title 8, United States Code, Section 1325(a)(1).

August 4, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Terry M. Meinecke*

TERRY MEINECKE
Assistant U.S. Attorney